■   PIONEER VILLAGE DEVELOPMENT CORPORATION, Appellant, v XAR CORPORATION, Respondent.—Appeal from a judgment of the Supreme Court in favor of defendant, entered May 5, 1978 in Saratoga County, upon a decision of the court at a Trial Term, without a jury, which dismissed plaintiff's complaint, and canceled the *lis pendens* previously filed in the Saratoga County Clerk's office. Judgment affirmed, without costs (see *Pioneer Vil. Dev. Corp. v XAR Corp.*, 55 AD2d 769; *Bielawski v Bazar*, 47 AD2d 435). Mahoney, P. J., Sweeney, Kane, Staley, Jr., and Herlihy, JJ., concur.